UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HUNTWISE, INC. | CIVIL ACTION NO. 6:13-cv-00912 |
| VERSUS | JUDGE DOHERTY |
| MOJO SPORTSWEAR CO. | MAGISTRATE JUDGE HANNA |

### SETTLEMENT CONFERENCE MINUTES

On Monday, November 3, 2014, the undersigned magistrate judge held a settlement conference in this matter.  Participating in the conference were Chuck Smart and Terry Denman, for Huntwise with their attorneys Bill Caughman and Devin Ricci; and Tim Mossberg, for Mojo Sportswear and attorneys Don Washington and Michael Leachman.

The conference commenced at 10:30 a.m. and recessed at 4:35 p.m[1] to allow time for further negotiations.

Signed at Lafayette, Louisiana, this 4th day of November, 2014.

_____
Patrick J. Hanna
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time 6 hours 5 minutes.