RECEIVED
MAY 1 3 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Rebecca F. Doherty

Re: *Huntwise, Inc. v. Mojo Sportswear Co., et al.*
Civil Action No. 6:13-912

Date: May 13, 2015

## MINUTE ENTRY

Due to the Actos Multidistrict Litigation matter pending before the Court, the pretrial conference in this matter, scheduled to begin at 2:30 p.m. on May 20, 2015, is hereby RESET for 10:00 a.m. on May 20, 2015 as a pretrial status conference.