

RECEIVED
JUN 1 0 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Rebecca F. Doherty

Re: *Huntwise, Inc. v. Mojo Sportswear Co., et al.*
Civil Action No. 6:13-912

Date: June 10, 2015

## MINUTES OF CONFERENCE[1]

A settlement conference was held this date before the Honorable Rebecca F. Doherty. Participating in the conference were: William L. Caughman, III on behalf of plaintiff[2], and Donald W. Washington on behalf of defendant.[3]

At the conclusion of the conference, the parties reached a settlement agreement, as stated on the record.

---

[1] Court time - 2 hours; Court Reporter - Cathleen Marquardt

[2] Additionally attending were corporate representatives on behalf of plaintiff, Terry Denmon and Chuck Smart.

[3] Additionally in attendance was corporate representative Rodger Bagwell on behalf of defendant.