RECEIVED

JUN 1 0 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

HUNTWISE, INC.                              CIVIL ACTION NO. 6:13-00912

VERSUS                                      JUDGE DOHERTY

MOJO SPORTSWEAR CO., ET AL.                 MAGISTRATE JUDGE HANNA

## ORDER OF DISMISSAL

This Court having received notice that the parties to this action have agreed to settle their claims,

IT IS HEREBY ORDERED that this action shall be and is DISMISSED WITHOUT PREJUDICE. No later than sixty (60) days of the date hereof, the parties shall file one of the following: (a) a motion for entry of judgment on all claims; (b) a motion to reopen this matter and reinstate all claims for failure to finalize the settlement agreement; or (c) a motion to enforce the settlement agreement. This Court shall retain jurisdiction over this matter until such time as compliance with this Order has been fulfilled. If the parties do not file one of the above motions within sixty (60) days, the Order of Dismissal shall become a Final Judgment of Dismissal with prejudice, each Party to bear their own costs.

THUS DONE AND SIGNED this _10_ day of _June_____, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE